**DLA PIPER LLP (US)**
Caroline E. Lee (State Bar No. 293297)
caroline.lee@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

Matthew A. Goldberg (*pro hac vice* forthcoming)
matthew.goldberg@us.dlapiper.com
Timothy P. Pfenninger (*pro hac vice* forthcoming)
timothy.pfenninger@us.dlapiper.com
Marie Bussey-Garza (*pro hac vice* forthcoming)
marie.bussey-garza@us.dlapiper.com
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 656-3301

*Attorneys for Defendant Madewell Inc.*

### UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POONAM GUPTA, on behalf of all others similarly situated,<br><br>                                   *Plaintiff,*<br><br>     v.<br><br>MADEWELL, INC.,<br><br>                                   *Defendant.* | Case No.:  3:26-cv-4247<br><br>**JOINT STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT; ~~PROPOSED~~ ORDER**<br><br>Hon. Charles R. Breyer<br><br>Current Response Date: May 15, 2026<br>New Response Date: June 15, 2026<br>Trial Date: None Set |

Plaintiff Poonan Gupta ("Plaintiff") and Defendant Madewell Inc. ("Defendant") (collectively the "Parties") hereby stipulate and agree, consistent with Civil Local Rule 6-1(a), as follows:

WHEREAS, on March 26, 2026, Plaintiff filed a putative class action Complaint in the Superior Court of California, San Francisco County.

WHEREAS, on April 9, 2026, Plaintiff served Defendant with the Complaint filed in the

JOINT STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT   CASE NO. 3:26-CV-4247

state court action.

WHEREAS, on May 8, 2026, Defendant timely removed this action from the Superior Court of California to this Court.

WHEREAS, pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant's responsive pleading is currently due May 15, 2026.

WHEREAS, the Parties, by and through their counsel, have met and conferred and hereby stipulate to extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint by thirty (30) days, from May 15, 2026, to June 15, 2026, and to extend the time for Plaintiff to respond thereto by thirty-one (31) days, to and including July 30, 2026.

WHEREAS, good cause exists for this extension, as Defendant only recently retained counsel, this case is a putative class action with multiple statutory and common law claims, and counsel for Defendant requires additional time to conduct an adequate investigation concerning the allegations and underlying facts in order to prepare its response.

WHEREAS, Local Rule 6-1(a) permits the Parties to stipulate in writing to enlarge the time within which to answer or otherwise respond to the Complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order.

WHEREAS, Rule I(B)(7) of this Court's General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer provides that "No changes in the Court's schedule shall be made except by signed order of the Court and upon a showing of good cause. Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an ex parte application in writing."

WHEREAS, this stipulated extension of time will not alter the date of any event or any deadline fixed by Court order, including the deadlines set by this Court's Order Setting Initial Case management Conference and ADR Deadlines (ECF No. 7).

WHEREAS, the Parties have included a Proposed Order along with this Stipulation, which has been signed by counsel for all Parties.

JOINT STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT     CASE NO. 3:26-cv-4247

THEREFORE, IT IS STIPULATED AND AGREED THAT:

The deadline for Defendant to respond to Plaintiff's Complaint shall be extended by thirty (30) days to and including June 15, 2026, and the deadline for Plaintiff to respond thereto shall be extended by thirty-one (31) days to and including July 30, 2026.

Dated: May 12, 2026                          Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Caroline E. Lee*
Caroline E. Lee (State Bar No. 293297)
Matthew A. Goldberg (*pro hac vice forthcoming*)
Timothy P. Pfenninger (*pro hac vice forthcoming*)
Marie Bussey-Garza (*pro hac vice forthcoming*)
*Attorneys for Defendant Madewell Inc.*

Dated: May 12, 2026                          Respectfully submitted,

**JUSTICE JAGHER LONDON & MILLEN LLC**

*/s/ Matthew W. Ruan*
Matthew W. Ruan (State Bar No. 264409)
Jonathan M. Jagher (*pro hac vice forthcoming*)
Nicholas R. Lange (*pro hac vice* forthcoming)

*Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __May 13, 2026__                      _____
                                             Hon. Charles R. Breyer
                                             United States District Judge