**DLA PIPER LLP (US)**
Caroline E. Lee (State Bar No. 293297)
caroline.lee@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

Matthew A. Goldberg (*pro hac vice* forthcoming)
matthew.goldberg@us.dlapiper.com
Timothy P. Pfenninger (*pro hac vice* forthcoming)
timothy.pfenninger@us.dlapiper.com
Marie Bussey-Garza (*pro hac vice* forthcoming)
marie.bussey-garza@us.dlapiper.com
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 656-3301

*Attorneys for Defendant Madewell Inc.*

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POONAM GUPTA, on behalf of all others similarly situated,<br><br>                                    *Plaintiff,*<br><br>     v.<br><br>MADEWELL, INC.,<br><br>                                    *Defendant.* | Case No.:  3:26-cv-4247<br><br>**JOINT STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT; ~~PROPOSED~~ ORDER**<br><br>Hon. Charles R. Breyer<br><br>Current Response Date: June 15, 2026<br>New Response Date: July 15, 2026<br>Trial Date: None Set |

Plaintiff Poonan Gupta ("Plaintiff") and Defendant Madewell Inc. ("Defendant") (collectively the "Parties") hereby stipulate and agree, consistent with Civil Local Rule 6-1(a), as follows:

WHEREAS, on March 26, 2026, Plaintiff filed a putative class action Complaint in the Superior Court of California, San Francisco County.

WHEREAS, on April 9, 2026, Plaintiff served Defendant with the Complaint filed in the

JOINT STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT    CASE NO. 3:26-cv-4247

state court action.

WHEREAS, on May 8, 2026, Defendant timely removed this action from the Superior Court of California to this Court.

WHEREAS, pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant's initial responsive pleading was due on May 15, 2026.

WHEREAS, on May 12, 2026, the parties stipulated to extend Madewell's responsive pleading deadline to June 15, 2026, and Plaintiff's deadline to respond thereto until July 30, 2026, and this Court entered an order on May 13, 2026, granting the stipulation.

WHEREAS, the Parties, by and through their counsel, have met and conferred and hereby stipulate to further extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint by thirty (30) days, from June 15, 2026, to July 15, 2026, and to extend the time for Plaintiff to respond thereto by thirty (30) days, to and including August 28, 2026.

WHEREAS, good cause exists for this extension because the parties are actively working to determine whether a settlement, withdrawal, or other non-court resolution or of this matter may be achieved without the need to expend party or judicial resources on further court proceedings.

WHEREAS, Local Rule 6-1(a) permits the Parties to stipulate in writing to enlarge the time within which to answer or otherwise respond to the Complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order.

WHEREAS, Rule I(B)(7) of this Court's General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer provides that "No changes in the Court's schedule shall be made except by signed order of the Court and upon a showing of good cause. Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an ex parte application in writing."

WHEREAS, this stipulated extension of time will not alter the date of any event or any deadline fixed by Court order, including the deadlines set by this Court's Order Setting Initial Case management Conference and ADR Deadlines (ECF No. 7).

JOINT STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT     CASE NO. 3:26-cv-4247

WHEREAS, the Parties have included a Proposed Order along with this Stipulation, which has been signed by counsel for all Parties.

THEREFORE, IT IS STIPULATED AND AGREED THAT:

The deadline for Defendant to respond to Plaintiff's Complaint shall be extended by thirty (30) days to and including July 15, 2026, and the deadline for Plaintiff to respond thereto shall be extended by thirty (30) days to and including August 28, 2026.

Dated: June 8, 2026                              Respectfully submitted,

**DLA PIPER LLP (US)**

_/s/ Caroline E. Lee_
Caroline E. Lee (State Bar No. 293297)
Matthew A. Goldberg (*pro hac vice* forthcoming)
Timothy P. Pfenninger (*pro hac vice* forthcoming)
Marie Bussey-Garza (*pro hac vice* forthcoming)
*Attorneys for Defendant Madewell Inc.*

Dated: June 8, 2026                              Respectfully submitted,

**JUSTICE JAGHER LONDON & MILLEN LLC**

_/s/ Matthew W. Ruan_
Matthew W. Ruan (State Bar No. 264409)
Jonathan M. Jagher (*pro hac vice* forthcoming)
Nicholas R. Lange (*pro hac vice* forthcoming)

*Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   June 8, 2026                              _____
                                                 Hon. Charles R. Breyer
                                                 United States District Judge

- 4-

- 2-

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that each of the signatories have concurred in the filing of the document.

/s/ Caroline E. Lee
Caroline E. Lee (State Bar No. 293297)

- 2-