**DLA PIPER LLP (US)**
Caroline E. Lee (State Bar No. 293297)
caroline.lee@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

Matthew A. Goldberg (*pro hac vice* forthcoming)
matthew.goldberg@us.dlapiper.com
Timothy P. Pfenninger (*pro hac vice* forthcoming)
timothy.pfenninger@us.dlapiper.com
Marie Bussey-Garza (*pro hac vice* forthcoming)
marie.bussey-garza@us.dlapiper.com
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 656-3301

*Attorneys for Defendant Madewell Inc.*

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POONAM GUPTA, on behalf of all others similarly situated,<br><br>                                    *Plaintiff*,<br><br>    v.<br><br>MADEWELL, INC.,<br><br>                                    *Defendant*. | Case No.:  3:26-cv-4247<br><br>**JOIN STIPULATION TO STAY ACTION; ~~PROPOSED~~ ORDER**<br><br>Hon. Charles R. Breyer<br><br>Trial Date: None Set |

Plaintiff Poonan Gupta ("Plaintiff") and Defendant Madewell Inc. ("Defendant") (collectively the "Parties") hereby stipulate and agree, consistent with Civil Local Rule 6-1(b) and 6-2, as follows:

WHEREAS, on March 26, 2026, Plaintiff filed a putative class action Complaint in the Superior Court of California, San Francisco County.

WHEREAS, on April 9, 2026, Plaintiff served Defendant with the Complaint filed in the

- 2-

JOINT STIPULATION TO STAY ACTION                                    CASE NO. 3:26-cv-4247

state court action.

WHEREAS, on May 8, 2026, Defendant timely removed this action from the Superior Court of California to this Court (ECF No. 1).

WHEREAS, on May 13, 2026, this Court granted the Parties' Joint Stipulation Extending Deadline to Respond to Complaint, which extended Defendant's responsive deadline until June 15, 2026, and extended Plaintiff's deadline to respond thereto until June 30, 2026 (ECF No. 9).

WHEREAS, on June 8, 2026, this Court granted the Parties' Joint Stipulation Extending Deadline to Respond to Complaint, which extended Defendant's responsive deadline until July 15, 2026, and extended Plaintiff's deadline to respond thereto until August 28, 2026 (ECF No. 11).

WHEREAS, Defendant's current deadline to respond to the Complaint is July 15, 2026, and Plaintiff's deadline to file a response, if any, to Defendant's responsive pleading or motion is August 28, 2026 (ECF No. 11).

WHEREAS, the deadline for the Parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, and to file ADR Certification, is July 24, 2026 (ECF No. 7).

WHEREAS, the deadline for the Parties to make initial disclosures is August 7, 2026 (ECF No. 7).

WHEREAS, the Parties' Joint Case Management Statement is also due by August 7, 2026, and the Initial Case Management Conference is scheduled for August 14, 2026 (ECF No. 7).

WHEREAS, the Parties have reached an informal resolution of this action and anticipate Plaintiff will voluntarily dismiss this action within the next 45 days;

WHEREAS, the Parties have met and conferred in good faith and have agreed to stay this action in its entirety for 45 days to facilitate resolution;

WHEREAS, Rule I(B)(7) of this Court's General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer further provides that "No changes in the Court's schedule shall be made except by signed order of the Court and upon a showing of good cause. Parties

- 3-

JOINT STIPULATION TO STAY ACTION                    CASE NO. 3:26-cv-4247

seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an ex parte application in writing."

WHEREAS, good cause exists for this stay because the Parties are engaged in efforts to resolve the action and wish to continue those efforts while avoiding further litigation or motion practice.

THEREFORE, IT IS STIPULATED AND AGREED THAT:

All pending deadlines and hearings in this action are stayed until August 27, 2026 (45 days). The Parties will file either a notice of dismissal or a status report with the Court by August 27, 2026. The status report will inform the Court of the status of the informal resolution and, if appropriate, will propose new deadlines relating to Plaintiff's Complaint, initial disclosures, ADR Certification, and the Case Management Conference.

Dated: July 13, 2026

Respectfully submitted,
**DLA PIPER LLP (US)**

 */s/ Caroline E. Lee*
Caroline E. Lee (State Bar No. 293297)
Matthew A. Goldberg (*pro hac vice* forthcoming)
Timothy P. Pfenninger (*pro hac vice* forthcoming)
Marie Bussey-Garza (*pro hac vice* forthcoming)
*Attorneys for Defendant Madewell Inc.*

Dated: July 13, 2026

Respectfully submitted,
**JUSTICE JAGHER LONDON & MILLEN LLC**

 */s/ Matthew W. Ruan*
Matthew W. Ruan (State Bar No. 264409)
Jonathan M. Jagher (*pro hac vice* forthcoming)
Nicholas R. Lange (*pro hac vice* forthcoming)

*Attorneys for Plaintiff*

JOINT STIPULATION TO STAY ACTION                                     CASE NO. 3:26-cv-4247

- 5-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___July 14, 2026_____

_____
Hon. Charles R. Breyer
United States District Judge